**GREENBERG TRAURIG, LLP**
Jeffrey K. Joyner (SBN 180485) (joynerj@gtlaw.com)
Jeffrey F. Yee (SBN 193123) (yeej@gtlaw.com)
1840 Century Park East, Suite 1900
Los Angeles, California  90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800

Attorneys for Plaintiff
ATTILIO GIUSTI LEOMBRUNI S.p.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ATTILIO GIUSTI LEOMBRUNI S.p.A., an Italian Società per Azioni,<br><br>                                Plaintiff,<br><br>vs.<br><br>Lsil & Co., Inc., a New York corporation; and Lori Silverman, an individual,<br><br>                                Defendants. | CASE No.: **2:15-cv-2128**<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES**<br><br>**(1) Declaratory Judgment of Non-Infringement**<br>**(2) Tortious Interference of Contractual Relationship**<br>**(3) Unfair Competition under California Business and Professions Code § 17200, et seq.**<br>**(4) Common Law Unfair Competition**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Attilio Guisti Leombruni S.p.A. ("AGL"), by its undersigned counsel, hereby brings the following complaint for declaratory judgment and damages against Lsil & Co., Inc. ("Lsil") and Lori Silverman ("Silverman") (collectively "Defendants") and avers as follows:

## NATURE OF THIS ACTION

1.     This is an action for declaratory judgment of non-infringement of Defendants' trademarks, including U.S. Trademark Registration No. 4,362,523, and for damages sustained by AGL resulting from Defendants' tortious interference of AGL's contractual relationship with its clients.

## THE PARTIES

2.     AGL is an Italian Società per Azioni located at Via Bettino Craxi 1, 63812 Montegranaro (FM), Italy.

3.     On information and belief, defendant Lsil is a New York corporation located at 2 Greene Lane, White Plains, New York 10605.

4.     On information and belief, defendant Silverman is an individual residing in the state of New York.  On information and belief, defendant Silverman is the founder and president of Lsil & Co., Inc.

## JURISDICTION AND VENUE

5.     This action arises under the Lanham Act of 1946. This Court has subject matter jurisdiction over the action pursuant to 28 U.S.C. §§ 1331and 1367(a) based on an actual controversy between AGL and Defendants for claims under the Lanham Act of 1946, 15 U.S.C. §§ 1051, *et seq.*  AGL is seeking declaratory relief of non-infringement pursuant to the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

6.     This Court has subject matter jurisdiction over the claims set forth in this Complaint pursuant to 28 U.S.C. §§ 1331, 1367(a), and 15 U.S.C. § 1121.

7.     Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b)-(c).

8.     The Court has personal jurisdiction over Lsil because, on information and belief, Lsil's website at www.lsilandco.com regularly and systematically conducts

2

business in this judicial district by offering its product showroom through ShopTheFloor located at www.shopthefloor.com, which is operated by Lsil's representative ShopTheFloor (also known as MagicOnline).  ShopTheFloor's corporate office is located in this judicial district at 2501 Colorado Avenue, Suite 280, Santa Monica, California 90404.

9.     The Court has personal jurisdiction over Silverman because, on information and belief, Silverman, as the president of Lsil, regularly and systematically directs and manages Lsil's business activities in this judicial district through Lsil's representative ShopTheFloor (also known as MagicOnline) located at 2501 Colorado Avenue, Suite 280, Santa Monica, California 90404.

## FACTUAL BACKGROUND

10.     AGL is a well-established footwear company with over 50 years of history in creating footwear.  Softness and the attention for a comfortable fit are the priorities for every AGL footwear creation over the last 50 years.

11.     On information and belief, Silverman founded Lsil in 2012, which engages in the business of footwear design.  Lsil's footwear "make use of the most popular, timeless patterns that have been fashionable for decades such as paisley, glen plaid, zebra, polka dot, checkers and camouflage."

## LSIL'S UNLAWFUL CONDUCT BY THREATENING AGL'S CLIENTS

12.     On or about March 11, 2015, Defendants, through their counsel Maxim H. Waldbaum of Eaton & Van Winkle LLP, sent a demand letter to AGL ("AGL Demand Letter," Exhibit A) alleging that AGL's Double Sole Oxford (offered for sale through Nordstrom) and Lace Up Oxford Flats (offered for sale through Bloomingdale's/Macy's) (collectively "Accused Products") infringe Defendant's allegedly protected "CAMO" design sole.  Defendants claimed that Silverman developed a complete line of protected shoe sole designs and "[n]o one but Ms. Silverman has any rights to these concepts, designs and structures."

13.     Defendants set out in the AGL Demand Letter a list of Defendants' U.S. trademarks, U.S. design patents, pending U.S. design patent applications, and European design patents.  Upon information and belief, Defendants asserted that AGL allegedly infringed U.S. patent applications and European design patents in the United States knowing that neither the U.S. patent applications nor the European patents constitute enforceable patent rights in the United States.

14.     Lsil's assertions in the AGL Demand Letter were vague and ambiguous and failed to identify any specific U.S. trademark registration or U.S. design patent that provides any bases for its assertion that AGL has allegedly infringed such trademark or patent.

15.     Defendants demanded AGL and its clients, including Nordstrom and Bloomingdale's, immediately discontinue selling the Accused Products.  Defendants further threatened to move for an injunction in the Federal Court against AGL and its clients.

16.     In addition to the AGL Demand Letter, Defendants also sent a demand letter dated March 11, 2015 to Bloomingdale's ("Bloomingdale Demand Letter," Exhibit B) demanding Bloomingdale's discontinue selling AGL's Lace Up Oxford Flats. Defendants alleged that AGL's Lace Up Oxford Flats "use s the concept, designs, structure and exclusivity of Ms. Silverman" and "Ms. Silverman has vigorously marketed her product in the United States … so that her designs are distinctive to her."  Defendants reiterated in the Bloomindale Demand Letter that the rights Defendants were asserting against AGL and Bloomingdale's in the United States are "all filings" including the U.S. design patent applications and the European patents.  Defendants asserted in the Bloomingdale Demand Letter that "all filings" include U.S. Trademark Registration No. 4,362,523.  Defendants demanded in the Bloomingdale Demand Letter that "unless your continued selling of this shoe design in all your markets in catalogs and on the websites is stopped immediately, an action will be brought in Court in the next 10 days."

17.     Defendant sent a similar demand letter dated March 11, 2015 to Nordstrom ("Nordstrom Demand Letter," Exhibit C) demanding Nordstrom discontinue selling AGL's Double Sole Oxford.  Defendants specifically identified U.S. Trademark Registration No. 4,362,523 as being infringed.

18.     After receiving the Nordstrom Demand Letter, Nordstrom informed AGL that Nordstrom, in response to the Nordstrom Demand Letter, decided to unpublish AGL's Double Sole Oxford from its website at Nordstrom.com.

## THE USPTO FOUND THAT THE CAMOUFLAGE DESIGN DOES NOT FUNCTION AS A TRADEMARK TO INDICATE THE SOURCE OF DEFENDANTS' GOODS

19.     On information and belief, U.S. Trademark Registration No. 4,362,523 was registered on July 2, 2013 on the Supplemental Register, which consists of a camouflage design on the outside of a high heeled shoe ("Camouflage Design").

20.     On information and belief, Defendants initially filed the trademark application for the Camouflage Design seeking registration on the Principal Register. The United States Patent and Trademark Office ("USPTO"), however, issued a final refusal to Defendants' application because the proposed Camouflage Design "is merely a decorative or ornamental feature of the goods" and "it does not function as a trademark to identify and distinguish applicant's goods from those of others and to indicate the source of applicant's goods."

21.     After the USPTO's final refusal, Defendant amended to register the Camouflage Design on the Supplemental Register.

## COUNT ONE

### (Declaratory Judgment of Non-Infringement of The Camouflage Design)

22.     AGL repeats and re-alleges each and every allegation contained in paragraphs 1-21 of this Complaint as if fully set forth herein.

23.     An actual and justiciable case or controversy exists between AGL and Defendants regarding the alleged infringement of the Camouflage Design by the Accused Products.

24.     The Accused Products do not infringe the Camouflage Design because the Camouflage Design is merely decorative or ornamental and does not function as a trademark to identify and distinguish Defendants' goods from those of others (including the Accused Products) and to indicate the source of Defendants' goods.

25.     The Accused Products do not infringe the Camouflage Design because Defendants falsely claim protectable trademark right to the Camouflage Design.

26.     AGL is entitled to a judgment declaring that the Accused Products do not, and will not infringe the Camouflage Design; and because the Camouflage Design does not function as a trademark, U.S. Trademark Registration No. 4,362,523 should be cancelled pursuant to 15 U.S.C. § 1119.

## COUNT TWO

## (Tortious Interference of Contractual Relationship)

27.     AGL repeats and re-alleges each and every allegation contained in paragraphs 1-26 of this Complaint as if fully set forth herein.

28.     Defendants knew the existence of a contractual/beneficial relationship between AGL and its clients, including Nordstrom and Bloomingdale's/Macy's.

29.     Defendants intend to induce AGL's clients to breach their contractual/beneficial relationship with AGL by falsely claiming infringement by the Accused Products, inducing AGL's clients to discontinue selling AGL's products, as evidenced by the Nordstrom Demand Letter and Bloomingdale Demand Letter.  Indeed, Nordstrom has discontinued selling the Accused Products in response to the Nordstrom Demand Letter.

30.     As a result of Defendants' statements to AGL's clients, AGL suffered and is suffering damages including harm to its reputation, loss of sales and related expenses in an amount to be determined at trial.

31.     Because Defendants' statements were willful, fraudulent, and malicious, AGL is entitled to punitive damages in an amount to be determined at trial.

32.     Defendants' conduct has injured AGL and, unless enjoined, will continue to cause great, immediate, and irreparable injury to AGL.

33.     AGL is therefore entitled to injunctive relief prohibiting Defendants from claiming the Camouflage Design as trademark and making statements that are fraudulent, malicious, misleading, or deceptive to any of AGL's clients.

## COUNT THREE

### (Unfair Competition Under California Business and Professions Code § 17200, *et seq.*)

34.     AGL repeats and re-alleges each and every allegation contained in paragraphs 1-28 of this Complaint as if fully set forth herein.

35.     Defendants knew the Camouflage Design does not function as a trademark and has been finally rejected by the USPTO for registration on the Principle Register, yet Defendants have knowingly and intentionally claimed protectable trademark rights to the Camouflage Design to hamper competition.

36.     The aforesaid acts by Defendants are unlawful and are likely to cause injury to AGL's reputation and result in Defendants unfairly competing with AGL in violation of California Business and Professions Code §§ 17200, et seq. (California's Unfair Competition Law, the "UCL")

37.     Defendants' conduct has injured AGL and, unless enjoined, will continue to cause great, immediate, and irreparable injury to AGL.

38.     AGL is therefore entitled to injunctive relief and an order for restitutionary disgorgement of all of Defendant's ill-gotten gains pursuant to California Business and Professions Code § 17203.

## COUNT FOUR

### (Common Law Unfair Competition)

39.     AGL repeats and re-alleges each and every allegation contained in paragraphs 1-38 of this Complaint as if fully set forth herein.

40.     The aforesaid acts by Defendants are unlawful and likely to cause injury to AGL's reputation and constitute unfair competition under the common law of the State of California.

41.     Defendants' acts have caused damage to AGL's goodwill and reputation and has caused pecuniary damage to AGL in an amount to be proven at trial

42.     The aforesaid acts were done in an intentional, malicious, and oppressive manner.   Accordingly, AGL is entitled to punitive damages in an amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, AGL prays for judgment as follows:

A.     That judgment be entered in favor of AGL.

B.     Declaring that the Accused Products do not infringe and will not infringe Defendants' Camouflage Design (U.S. Trademark Registration No. 4,362,523).

C.     Declaring that the Camouflage Design cannot function as trademark and its U.S. Trademark Registration No. 4,362,523 be cancelled pursuant to 15 U.S.C. § 1119.

D.     Immediately and permanently enjoining Defendants, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from claiming the Camouflage Design as trademark and making statements that are fraudulent, malicious, misleading, or deceptive to any of AGL's clients.

E.     Immediately and permanently enjoining Defendants, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from contacting AGL's clients, and ordering Defendants to retract all prior demands that AGL's clients.

1      F.      Awarding AGL damages adequate to compensate for lost profits and

2 reputation damage caused by Defendants' tortious interference with

3 contractual/beneficial relationship and unfair competition.

4      G.      Awarding AGL costs and attorneys' fees;

5      H.      Awarding AGL pre-judgment and post-judgment interest on any monetary

6 awards;

7      I.      Awarding AGL punitive damages; and

8      J.      Granting AGL any other and further relief as the Court deems just and

9 proper.

10

11

12 DATED: March 23, 2015           **GREENBERG TRAURIG, LLP**

                                    Jeffrey K. Joyner

13                                       Jeffrey F. Yee

14

15                   By:   */s/ Jeffrey F. Yee*

                                      Jeffrey F. Yee

16                                     Attorneys for Plaintiff

17                                     ATTILIO GIUSTI LEOMBRUNI S.p.A.

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b), Fed. R. Civ. P., Plaintiff ATTILIO GIUSTI LEOMBRUNI S.p.A. demands a trial by jury of any issue triable by a jury.


DATED: March 23, 2015                    **GREENBERG TRAURIG, LLP**
                                         Jeffrey K. Joyner
                                         Jeffrey F. Yee


                                    By:  _/s/ Jeffrey F. Yee_____
                                         Jeffrey F. Yee
                                         Attorneys for Plaintiff
                                         ATTILIO GIUSTI LEOMBRUNI S.p.A.

COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES

EXHIBIT A

# EATON & VAN WINKLE LLP
## 3 PARK AVENUE
### NEW YORK, NEW YORK 10016

**Maxim H. Waldbaum**
**Partner**

**Direct Dial: +1.212.561.3610**
**Email: mwaldbaum@evw.com**

March 11, 2015

**VIA E-MAIL AND MAIL**

Attilio Giusti Leombruni (AGL)
768 5th Avenue
Terrace Suite, Floor P1
New York, NY
Shoe Representative – McKay.AGL@gmail.com
213-327-4529

President AGL c/o New York Headquarters

> Re:   AGL Double Sole Oxford (Women) Nordstrom Item # 854175 (CAMO);
> Bloomingdale's Item ID 1212533, Category ID 19852 "Bloomingdale's
> Exclusive"

Dear Sir/Madam:

I am writing you as trial counsel for designer Lori Silverman and her company Lsil & Co., Inc. To our knowledge you have decided, for the first time, to sell shoes in the United States with our CAMO design soles (**Exhibit 1**), which you know, or should have been fully aware from the Nordstrom selling agent, is a design exclusively developed by Ms. Silverman. You are selling to Nordstrom, Bloomingdale's and online entrepreneurs indiscriminately. Your selling agent for Nordstrom was shown the complete line of design soles with polyurethane coverings in the last year (at least by last June 2014) by Ms. Silverman as well as the full array of such protected sole designs as set forth in the extensive design patent and trademark applications protecting her rights (**Exhibit 2**). No one but Ms. Silverman has any rights to these concepts, designs and structures. This is known to many of the most famous Italian designers today.

Ms. Silverman has been working with Italian designers for the past years and has had her designs presented to all the major department store selling agents in the United States and the shoe representatives in Italy, including your representative last year. She has worked on these as her most important products for the last 3 ½ years and we view your activity as design theft. We are also forwarding this letter with separate correspondence to Nordstrom and Bloomingdale's demanding that they remove this camo soled shoe from their selling catalogs and websites immediately.

Attilio Giusti Leombruni (AGL)
March 11, 2015
Page 2

     If you do not take action in the next 10 days, we will move for an injunction in the Federal Court against your company, Nordstrom, Bloomingdale's and other online sellers. Your immediate attention to this matter will be greatly appreciated. Please feel free to call me when you are prepared.

                       Sincerely yours,

                       Maxim H. Waldbaum, Esq.

MHW: rt
Encls.

cc:    Nordstrom
       Bloomingdale's

Give just what they want. Shop Gift Cards.

Sign In | Your Account | Recommendations | Stores & Events | Wish List       Shopping Bag [0]     Checkout

# NORDSTROM

Want a Personal Stylist? It's fast, fun, free...and zero pressure. Get started.

Search by keyword or item #

**FREE SHIPPING. FREE RETURNS.**
All the time. See details.

Women   Men   Shoes   Handbags   Accessories   Beauty   Designers   Trend   Kids   Specialty   Sale   POP-IN

Home / Women / Shoes / Flats

Attilio Giusti Leombruni

## Double Sole Oxford (Women)

**$370.00**   *Free Shipping*       Item #854175

Size:

| True to size. |
| --- |

| 5US / 35EU | 6.5US / 36.5EU |
| --- | --- |
| 7US / 37EU | 7.5US / 37.5EU |
| 8US / 38EU | 8.5US / 38.5EU |
| 9US / 39EU | 9.5US / 39.5EU |
| 10US / 40EU | 10.5US / 40.5EU |

Size Chart       **What size fits best?** Get a size recommendation.

CLICK ABOVE TO ZOOM

☆☆☆☆☆  Write a Review

Share       + More

Color:       Pearl

Quantity:       1

Add To Wish List       Add To Shopping Bag

**Have Questions?** Live Chat or call 1.888.282.6060.

**Can't get the color or size you want?** Join the waitlist.

## Unavailable at stores near you.

Your selection isn't available in stores near you. Try a new location:

Show stores within   25 miles   of   10011

Check Stores

# Exhibit 1

OVER 1000 EXCLUSIVES. OVER 100 DESIGNERS. 1 STORE.

STORES & EVENTS | USD | MY ACCOUNT

PLUS, FREE RETURNS!

Enter Keyword or Web ID

**100%   DESIGNERS   WHAT'S NEW   WOMEN   SHOES   HANDBAGS   JEWELRY & ACCESSORIES   BEAUTY   MEN   KIDS   HOME   GIFTS   THE REGISTRY   SALE**

THIS ITEM IS ELIGIBLE TOWARD OUR LOYALLIST POWER POINTS OFFER. INFO/INCLUSIONS

CUSTOMERS ALSO VIEWED

### Attilio Giusti Leombruni Lace Up Oxford Flats - Patent - Bloomingdale's Exclusive

PRICE: $375.00

♡♡♡♡♡   write a review

COLOR: Black

QUANTITY: 1

SIZE: select size

| 35.5 | 36 | 36.5 | 37 | 37.5 | 38 |
| 38.5 | 39 | 39.5 | 40 |

SIZE GUIDE

ADD TO WISH LIST

Like {0}     Tweet {0}


Stuart Weitzman Flats - Leud...
NOW $278.60

QUICK PEEK



| DETAILS | REVIEWS ♡♡♡♡♡ | BONUS OFFERS | SHIPPING & RETURNS |

Signature androgynous, boy-meets girl style influence this polished-up pair of oxford lace ups with a standout sole in the camo of the season. This pair is only available here and 100% AGL–and us.

- Patent leather upper, leather lining, rubber sole
- Made in Italy
- Round toe; lace up; signature camo sole
- Available in full and half sizes
- Web ID: 1212533

Attilio Giusti Leombruni Lace Up Oxford Fl...
$375.00

Paul Green Lace Up Oxford Flats - Bastion ...
$289.00

QUICK PEEK

ROLLOVER TO ZOOM    VIEW FULLSCREEN

**POPULAR RELATED SEARCHES:**

agl, black, black flats, black shoes, di agl attilio giusti leombruni, flat shoes, flats, oxford, oxford flats, patent leather shoes, shoes, shors, shose, womens, womens flat shoes, womens flats, womens oxford shoes, womens oxfords, womens shoes, womes shoes

YOU MIGHT ALSO LIKE ... (5)

Exhibit 2

| US Trademarks (approved for Supplemental Register) | Trademarks Approved in the USA |
|---|---|
| | |
| Leopard | LSIL & CO. |
| Zebra | LOGO (OLD)- lapsed |
| Camo | LORI SILVERMAN |
| Paisley | NEW LOGO |
| Argyle | |
| Stripes | |
| Polka Dots | |
| Glen Plaid | |
| Rose | |
| Butterfly | |
| Checkers | |

Exhibit 2

| Design Patent in US | Client-Matter No. | |
|---|---|---|
| | | |
| 3-D Lace (Approved) | 40914-00010 | |
| 2-D Rose (Approved) | 40914-00011 | |
| 2-D Leopard (Approved) | 40914-00012 | |
| 3-D All Pearls (Approved) | 40914-00013 | |
| 3-D All Sequins (Approved) | 40914-00014 | |
| 3-D All Square Crystals (Approved) | 40914-00015 | |
| 3-D All Crystals (Approved) | 40914-00016 | |
| | | |
| FILED DIVISIONALS:  PENDING | | |
| | | |
| 3-D Camoflage | 40914-00069 | |
| 3-D Rose | 40914-00070 | |
| 3-D Stripe Crystals | 40914-00071 | |
| 3-D Diamond Crystals | 40914-00072 | |
| 3-D Polka Dot Crystals | 40914-00073 | |
| 3-D Zebra Crystals | 40914-00074 | |
| 3-D Leopard Crystals | 40914-00075 | |
| 2-D Zebra | 40914-00076 | |
| 2-D Polka Dots | 40914-00077 | |
| 2-D Stripes | 40914-00078 | |
| 2-D Argyle | 40914-00079 | |
| 2-D Glen Plaid | 40914-00080 | |
| 2-D Paisley | 40914-00081 | |
| 2-D Camo | 40914-00082 | |
| 2-D Checkers | 40914-00083 | |
| 3-D Triangle Crystals | 40914-00084 | |
| | NO 00085 | |
| 3-D Checkers | 40914-00086 | |
| 3-D Argyle | 40914-00087 | |
| 3-D Butterfly | 40914-00088 | |
| 2-D Palm Tree | | |
| 2-D Butterfly | | |

Exhibit 2

| Design Patents in EUROPEAN COMMUNITY (ALL APPROVED) | Certificates of Registration No. |
|---|---|
| | |
| 3-D All Sequins | 001356307-0001 |
| 3-D All Square Crystals | 001356307-0002 |
| 3-D Triangle Crystals | 001356307-0003 |
| 3-D All Crystals | 001356307-0004 |
| 3-D Stripe Crystals | 001356307-0005 |
| 3-D Diamond Crystals | 001356307-0006 |
| 3-D Polka Dot Crystals | 001356307-0007 |
| 3-D Zebra Crystals | 001356307-0008 |
| 3-D Leopard Crystals | 001356307-0009 |
| 2-D Rose | 001356307-0010 |
| 2-D Butterfly | 001356307-0011 |
| 2-D Palm Tree | 001356307-0012 |
| 2-D Leopard | 001356307-0013 |
| 2-D Zebra | 001356307-0014 |
| 2-D Polka Dots | 001356307-0015 |
| 2-D Stripes | 001356307-0016 |
| 2-D Argyle | 001356307-0017 |
| 2-D Glen Plaid | 001356307-0018 |
| 2-D Paisley | 001356307-0019 |
| 2-D Camo | 001356307-0020 |
| 2-D Checkers | 001356307-0021 |
| 2-D Lace | 001356307-0022 |
| 3-D All Pearls | 001356307-0023 |
| 3-D Lace | 001356307-0024 |

These registrations are in force for a period of 5 years from December 22, 2012 to December 22, 2017 (can be renewed for four additional 5 year periods. (FIRST RENEWAL DUE DECEMBER 22, 2017)

EXHIBIT B

# EATON & VAN WINKLE LLP
3 PARK AVENUE
NEW YORK, NEW YORK 10016

**Maxim H. Waldbaum**
**Partner**

Direct Dial: +1.212.561.3610
Email: mwaldbaum@evw.com

March 11, 2015

**BY E-MAIL AND MAIL**

Bloomingdale's
Tony Spring
President
Corporate 1000 Third Avenue
Headquarters New York, N.Y. 10022

Re: <u>Bloomingdale's Attilio Giusti Leombruni (AGL) Lace Up Oxford with CAMO Sole</u>

Dear Sir:

We are trial counsel for designer Lori Silverman and her company Lsil & Co., Inc. Our client has noted that AGL as a vendor, sold you a shoe which violates her designs/IP rights. A CAMO sole AGL lace up oxford shown in **Exhibit 1** hereto uses the concept, designs, structure and exclusivity of Ms. Silverman. Ms. Silverman has spent the last 3 1/2 years designing and protecting her rights (see all filings of design and trademark rights appended hereto as **Exhibit 2**, including Registered Trademark No. 4,362,523 on the Supplemental Register) (**Exhibit 3**). To support those rights, Ms. Silverman has vigorously marketed her product in the United States and with Italian shoe designers over this extended period of time so that her designs are distinctive to her. This letter, along with the letter to AGL, a copy of which is attached, is to give you notice that unless your continued selling of this shoe design in all your markets in catalogs and on the websites is stopped immediately, an action will be brought in Court in the next 10 days. Please feel free to contact me if you have any comments or questions.

Sincerely yours,

Maxim H. Waldbaum, Esq.

MHW: rt
Encls.

cc: General Counsel

PRICE                        +

IN-STORE PICKUP              +

**POPULAR RELATED SEARCHES:**

Burberry (/buy/burberry), Free People
(/buy/free-people), Giuseppe Zanotti
(/buy/giuseppe-zanotti), Hunter
(/buy/hunter), Hunter boots
(/buy/hunter-boots), Nike (/buy/nike),
Rebecca Minkoff (/buy/rebecca-
minkoff), Tory Burch (/buy/tory-burch),
Tory Burch flats (/buy/tory-burch-flats),
Tory Burch sandals (/buy/tory-burch-
sandals), booties (/buy/booties), boots
(/buy/boots), pumps (/buy/pumps), rain
boots (/buy/rain-boots), sandals
(/buy/sandals), shoes (/buy/shoes),
sneakers (/buy/sneakers), snow boot
boots (/buy/snow-boot-boots), womens
boots (/buy/womens-boots), womens
shoes (/buy/womens-shoes)

# Exhibit 1



● ● ● ● ●

**3 items in New Arrivals** | AGL ATTILIO GIUSTI LEOMBRUNI ⊗ |

SORT BY:   [ Our Top Picks ▾ ]





(http://www1.bloomingdales.com/shop/product/attilio-giusti-leombruni-lace-up-oxford-flats-patent-bloomingdales-exclusive?
ID=1212533&CategoryID=19852&LinkType=#fn%3Dspp%3D1)

Attilio Giusti Leombruni Lace Up Oxford Flats - Patent - Bloomingdale's Exclusive (http://www1.bloomingdales.com/shop/product/attilio-giusti-
leombruni-lace-up-oxford-flats-patent-bloomingdales-exclusive?ID=1212533&CategoryID=19852&LinkType=#fn%3Dspp%3D1)
$375.00

Exhibit 2

| US Trademarks (approved for Supplemental Register) | Trademarks Approved in the USA |
|---|---|
| | |
| Leopard | LSIL & CO. |
| Zebra | LOGO (OLD)- lapsed |
| Camo | LORI SILVERMAN |
| Paisley | NEW LOGO |
| Argyle | |
| Stripes | |
| Polka Dots | |
| Glen Plaid | |
| Rose | |
| Butterfly | |
| Checkers | |

Exhibit 2

| Design Patent in US | Client-Matter No. | |
|---|---|---|
| | | |
| 3-D Lace (Approved) | 40914-00010 | |
| 2-D Rose (Approved) | 40914-00011 | |
| 2-D Leopard (Approved) | 40914-00012 | |
| 3-D All Pearls (Approved) | 40914-00013 | |
| 3-D All Sequins (Approved) | 40914-00014 | |
| 3-D All Square Crystals (Approved) | 40914-00015 | |
| 3-D All Crystals (Approved) | 40914-00016 | |
| | | |
| FILED DIVISIONALS: PENDING | | |
| | | |
| 3-D Camoflage | 40914-00069 | |
| 3-D Rose | 40914-00070 | |
| 3-D Stripe Crystals | 40914-00071 | |
| 3-D Diamond Crystals | 40914-00072 | |
| 3-D Polka Dot Crystals | 40914-00073 | |
| 3-D Zebra Crystals | 40914-00074 | |
| 3-D Leopard Crystals | 40914-00075 | |
| 2-D Zebra | 40914-00076 | |
| 2-D Polka Dots | 40914-00077 | |
| 2-D Stripes | 40914-00078 | |
| 2-D Argyle | 40914-00079 | |
| 2-D Glen Plaid | 40914-00080 | |
| 2-D Paisley | 40914-00081 | |
| 2-D Camo | 40914-00082 | |
| 2-D Checkers | 40914-00083 | |
| 3-D Triangle Crystals | 40914-00084 | |
| | NO 00085 | |
| 3-D Checkers | 40914-00086 | |
| 3-D Argyle | 40914-00087 | |
| 3-D Butterfly | 40914-00088 | |
| 2-D Palm Tree | | |
| 2-D Butterfly | | |

Exhibit 2

| Design Patents in EUROPEAN COMMUNITY (ALL APPROVED) | Certificates of Registration No. |
|---|---|
|  |  |
| 3-D All Sequins | 001356307-0001 |
| 3-D All Square Crystals | 001356307-0002 |
| 3-D Triangle Crystals | 001356307-0003 |
| 3-D All Crystals | 001356307-0004 |
| 3-D Stripe Crystals | 001356307-0005 |
| 3-D Diamond Crystals | 001356307-0006 |
| 3-D Polka Dot Crystals | 001356307-0007 |
| 3-D Zebra Crystals | 001356307-0008 |
| 3-D Leopard Crystals | 001356307-0009 |
| 2-D Rose | 001356307-0010 |
| 2-D Butterfly | 001356307-0011 |
| 2-D Palm Tree | 001356307-0012 |
| 2-D Leopard | 001356307-0013 |
| 2-D Zebra | 001356307-0014 |
| 2-D Polka Dots | 001356307-0015 |
| 2-D Stripes | 001356307-0016 |
| 2-D Argyle | 001356307-0017 |
| 2-D Glen Plaid | 001356307-0018 |
| 2-D Paisley | 001356307-0019 |
| 2-D Camo | 001356307-0020 |
| 2-D Checkers | 001356307-0021 |
| 2-D Lace | 001356307-0022 |
| 3-D All Pearls | 001356307-0023 |
| 3-D Lace | 001356307-0024 |

These registrations are in force for a period of 5 years from December 22, 2012 to December 22, 2017 (can be renewed for four additional 5 year periods. (FIRST RENEWAL DUE DECEMBER 22, 2017)

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,362,523**

**Registered July 2, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

LSIL & CO., INC. (NEW YORK CORPORATION)
2 GREENE LANE
WHITE PLAINS, NY 10605

FOR: SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-5-2013; IN COMMERCE 5-5-2013.

THE MARK CONSISTS OF A CAMOUFLAGE DESIGN ON THE OUTSOLE OF A HIGH HEELED SHOE. THE DESIGN WHICH COMPRISES THE MARK IS SHOWN WITHIN SOLID LINES IN THE DRAWING. THE MATTER SHOWN IN BROKEN LINES IN THE DRAWING IS NOT PART OF THE MARK. THE BROKEN LINES MERELY SHOW THE POSITION OF THE MARK ON THE SHOE.

SER. NO. 85-528,926, FILED P.R. 1-30-2012; AM. S.R. 5-9-2013.

ELLEN B. AWRICH, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Exhibit 3

## REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

## WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

## WARNING FROM THE USPTO
## CONCERNING UNOFFICIAL TRADEMARK SOLICITATIONS

Please be aware that private companies not associated with the United States Patent and Trademark Office (USPTO) often use trademark application and registration information from the USPTO's databases to mail or e-mail trademark-related solicitations. These may include offers: (1) for legal services; (2) for trademark monitoring services; (3) to record trademarks with U.S. Customs and Border Protection; and (4) to "register" trademarks in a private registry.

These companies may use names that resemble the USPTO name, including, for example, one or more of the terms "United States," "U.S.," "Trademark," "Patent," "Registration," "Office," or "Agency." Increasingly, some companies attempt to make their solicitations mimic the look of official government documents rather than the look of a typical commercial or legal solicitation by emphasizing official government data like the USPTO application serial number, the registration number, the International Class(es), filing dates, and other information that is publicly available from USPTO records. Many refer to other government agencies and sections of the U.S. Code. Most require "fees" to be paid.

Some applicants and registrants have reported paying fees to these private companies, mistakenly thinking that they were paying required fees to the USPTO. So, be sure to read trademark-related communications carefully before making a decision about whether to respond. **All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, VA, and if by e-mail, specifically from the domain "@uspto.gov."**

If you receive a trademark-related solicitation that you believe is deceptive, you may file an on-line consumer complaint with the Federal Trade Commission ("FTC"), at www.FTC.gov. Although the FTC does not resolve individual consumer complaints, it may institute, as the nation's consumer protection agency, investigations and prosecutions based on widespread complaints about particular companies or business practices. In addition, the USPTO encourages recipients of deceptive trademark-related solicitations to contact their states' consumer protection authorities. Many, if not all, states have the authority to issue investigative subpoenas and file complaints against companies engaged in deceptive practices directed toward state residents.

For further information about, as well as several examples of, these non-USPTO solicitations, please visit the page on the www.USPTO.gov website entitled "WARNING: Non-USPTO Solicitations That May Resemble Official USPTO Communications."

# EATON & VAN WINKLE LLP
### 3 PARK AVENUE
### NEW YORK, NEW YORK 10016

**Maxim H. Waldbaum**
Partner

Direct Dial: +1.212.561.3610
Email: mwaldbaum@evw.com

March 11, 2015

## VIA E-MAIL AND MAIL

Attilio Giusti Leombruni (AGL)
768 5th Avenue
Terrace Suite, Floor P1
New York, NY
Shoe Representative – McKay.AGL@gmail.com
213-327-4529

President AGL c/o New York Headquarters

      Re:    AGL Double Sole Oxford (Women) Nordstrom Item # 854175 (CAMO);
               Bloomingdale's Item ID 1212533, Category ID 19852 "Bloomingdale's
               Exclusive"

Dear Sir/Madam:

        I am writing you as trial counsel for designer Lori Silverman and her company Lsil &
Co., Inc. To our knowledge you have decided, for the first time, to sell shoes in the United States
with our CAMO design soles (**Exhibit 1**), which you know, or should have been fully aware
from the Nordstrom selling agent, is a design exclusively developed by Ms. Silverman. You are
selling to Nordstrom, Bloomingdale's and online entrepreneurs indiscriminately. Your selling
agent for Nordstrom was shown the complete line of design soles with polyurethane coverings in
the last year (at least by last June 2014) by Ms. Silverman as well as the full array of such
protected sole designs as set forth in the extensive design patent and trademark applications
protecting her rights (**Exhibit 2**). No one but Ms. Silverman has any rights to these concepts,
designs and structures. This is known to many of the most famous Italian designers today.

        Ms. Silverman has been working with Italian designers for the past years and has had her
designs presented to all the major department store selling agents in the United States and the
shoe representatives in Italy, including your representative last year. She has worked on these as
her most important products for the last 3 ½ years and we view your activity as design theft. We
are also forwarding this letter with separate correspondence to Nordstrom and Bloomingdale's
demanding that they remove this camo soled shoe from their selling catalogs and websites
immediately.

Attilio Giusti Leombruni (AGL)
March 11, 2015
Page 2

       If you do not take action in the next 10 days, we will move for an injunction in the Federal Court against your company, Nordstrom, Bloomingdale's and other online sellers. Your immediate attention to this matter will be greatly appreciated. Please feel free to call me when you are prepared.

Sincerely yours,

Maxim H. Waldbaum, Esq.

MHW: rt
Encls.

cc:    Nordstrom
       Bloomingdale's

EXHIBIT C



# EATON & VAN WINKLE LLP
3 Park Avenue, New York, N.Y. 10016
(212) 779-9910

## FACSIMILE COVER LETTER

FROM: Raluca Tureac                     DATE: 03/11/2015 10:53:11 AM -0400

TOTAL NUMBER OF PAGES: 13 (Including Cover Sheet)

TO THE FOLLOWING:

| NAME | FIRM/COMPANY | FAX NO. | TIME SENT |
|------|--------------|---------|-----------|
| Erik Nordstrom | | 2066281795 | |

Client No. _____

RETURN FACSIMILE NUMBER:      (212)779-9928
                             (212)779-9931

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL.  IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.  THANK YOU.

COMMENT/MESSAGE:
Please confirm safe receipt of the fax and attachments.

Thank you.

PLEASE CALL: AT (212) 779-9910, IF THE FACSIMILE YOU RECEIVE IS INCOMPLETE OR ILLEGIBLE.

# EATON & VAN WINKLE LLP
### 3 PARK AVENUE
### NEW YORK, NEW YORK 10016

**Maxim H. Waldbaum**
**Partner**

Direct Dial: +1.212.561.3610
Email: mwaldbaum@evw.com

March 11, 2015

**BY FAX AND MAIL**

Nordstrom
Erik B. Nordstrom
COO
1617 Sixth Avenue
Seattle, WA 98101

Re: <u>Nordstrom AGL Double Soled Oxford Item 854175</u>

Dear Sir:

We are trial counsel for Lori Silverman and Lsil & Co., Inc., owner of the original and exclusive designs for polyurethane camo soles for shoes and many other integrated sole and shoe designs. We are including for your information a letter sent to your shoe supplier Attilio Giusti Leombruni (AGL) who has presented to you their double sole oxford with such CAMO design (**Exhibit 1** hereto). We are also including the exclusive work of Lori Silverman of many multiple polyurethane sole designs, including the CAMO sole (see **Exhibit 2**). As your selling agent has known for a long time, these designs were shown to him and were shown as exclusive to Ms. Silverman. She and her company have spent the last 3 1/2 years designing these products which remain unique to them. See the list of rights claimed to be protected IP by Ms. Silverman. Your vendor and its selling agent, AGL, were willfully and fully aware of this fact when they sold you their item 854175.

Ms. Silverman has protected these designs with applications of design rights, a U.S. registered trademark for the CAMO sole on the Supplemental Register with exclusive and distinctive development of her rights over the last 3 1/2 years. They are detailed in **Exhibit 3** hereto.

Ms. Silverman's work and design/IP rights have been stolen by AGL and now given to you. We have demanded AGL, and now you, to remove such CAMO soled shoes from your marketing catalogs and websites. This still leaves you with over 40 AGL designs without CAMO sole designs. Interestingly, on your website every one of your AGL designs (over 40) show the

Nordstrom
March 11, 2015
Page 2

bottom of the shoe EXCEPT this CAMO design. We do not think this was a mistake but an
intentional act to hide the bottom of the shoe from consumers and third parties.

In any event, you have one week to comply with our demand to remove the selling of
such shoe from your various opportunities. Otherwise you will be joined with AGL in a federal
lawsuit to be filed in 10 days.

Sincerely yours,

Maxim H. Waldbaum, Esq.

MHW: rt
Encls.

cc: General Counsel

ica Tureac EatonVanWinkle                    (4/13) 03/11/2015 10:55:08 AM -0400

Give just what they want. Shop Gift Cards.

Sign In | Your Account | Recommendations | Stores & Events | Wish List     Shopping Bag [0]     Checkout

# NORDSTROM

Want a Personal Stylist? It's fast, fun, free...and zero pressure. Get started.

Search by keyword or item #

**FREE SHIPPING. FREE RETURNS.**
All the time. See details.

Women    Men    Shoes    Handbags    Accessories    Beauty    Designers    Trend    Kids    Specialty    Sale    POP-IN

Home / Women / Shoes / Flats

Attilio Giusti Leombruni

## Double Sole Oxford (Women)

**$370.00**   *Free Shipping*   Item #854175

**Size:**

True to size.

| 5US / 35EU | 6.5US / 36.5EU |
|---|---|
| 7US / 37EU | 7.5US / 37.5EU |
| 8US / 38EU | 8.5US / 38.5EU |
| 9US / 39EU | 9.5US / 39.5EU |
| 10US / 40EU | 10.5US / 40.5EU |

Size Chart   What size fits best?
Get a size recommendation.

**Color:**   Pearl

**Quantity:**   1

CLICK ABOVE TO ZOOM

★★★★★ Write a Review

Share      + More

Add To Wish List      Add To Shopping Bag

Have Questions? Live Chat or call 1.888.282.6060.

Can't get the color or size you want? Join the waitlist.

Unavailable at stores near you.

Your selection isn't available in stores near you. Try a new location.

Show stores within   25 miles   of   10011

Check Stores

**Exhibit 1**

Give just what they want. Shop Gift Cards.

Sign In | Your Account | Recommendations | Stores & Events | Wish List        Shopping Bag [0]    Checkout

# NORDSTROM

CAMO

Let's get personal. See items selected especially for you. Shop recommendations.

**FREE SHIPPING. FREE RETURNS.**
All the time. See details.

Women    Men    Shoes    Handbags    Accessories    Beauty    Designers    Trend    Kids    Specialty    Sale    POP-IN

## You searched for "CAMO"

*Narrow your search by category*

**All Results (479)**

**Women's Clothing (57)**
- Dresses (2)
- Tops (8)
- Sweaters (1)
- Coats (6)
- Jackets (6)
- Pants (7)
- Jeans (1)
- Shorts (3)
- Skirts (2)
- Active, Yoga & Outdoor (4)
- Swimsuits & Cover-Ups (1)
- Jumpsuits (1)
- Sleep, Lounge & Robes (10)
- Bras, Panties & Lingerie (4)
- Hosiery, Leggings & Socks (6)
- Petite-Size Clothing (3)
- Plus-Size Clothing (2)
- Sale (3)

**Women's Shoes (31)**
- Athletic (1)
- Booties (2)
- Boots (6)
- Comfort (7)
- Flats (6)
- Pumps (2)
- Sandals (3)
- Slippers (1)
- Sneakers (12)
- Wedges (1)
- Sale (4)

**Women's Accessories (27)**
- Handbags (14)
- Watches (3)
- Sunglasses & Eyewear (7)
- Scarves & Wraps (1)
- Hats (1)
- Small Accessories (1)

**Makeup (41)**
- Face (31)

Sort by relevance

479 items                          1    2    **3**    4    5

**NARROW BY:**

Color        Price        Brand        Store Availability





Mēnaji Skincare for Men 'Camo' Concealer
$26.00

(5)



Mēnaji Skincare for Men Anti Shine High Definition Powder Vision
$35.00

(7)




Movado 'Bold' Camouflage Dial Leather Strap Watch, 42mm
$395.00



Movado 'Bold' Camouflage Dial Leather Strap Watch, 42mm
$395.00

Attilio Giusti Leombruni Double Sole Oxford (Women)
$370.00




Safari Ltd. Camouflage Binoculars
$17.00



Cole Haan Packable Waterproof Moto Jacket
$198.00



Lancôme Concealer Brush #8
$27.50

(6)



Exhibit 2

| US Trademarks (approved for Supplemental Register) | Trademarks Approved in the USA |
|---|---|
|  |  |
| Leopard | LSIL & CO. |
| Zebra | LOGO (OLD)- lapsed |
| Camo | LORI SILVERMAN |
| Paisley | NEW LOGO |
| Argyle |  |
| Stripes |  |
| Polka Dots |  |
| Glen Plaid |  |
| Rose |  |
| Butterfly |  |
| Checkers |  |

Exhibit 2

| Design Patent in US | Client-Matter No. | |
|---|---|---|
| | | |
| 3-D Lace (Approved) | 40914-00010 | |
| 2-D Rose (Approved) | 40914-00011 | |
| 2-D Leopard (Approved) | 40914-00012 | |
| 3-D All Pearls (Approved) | 40914-00013 | |
| 3-D All Sequins (Approved) | 40914-00014 | |
| 3-D All Square Crystals (Approved) | 40914-00015 | |
| 3-D All Crystals (Approved) | 40914-00016 | |
| | | |
| FILED DIVISIONALS: PENDING | | |
| | | |
| 3-D Camoflage | 40914-00069 | |
| 3-D Rose | 40914-00070 | |
| 3-D Stripe Crystals | 40914-00071 | |
| 3-D Diamond Crystals | 40914-00072 | |
| 3-D Polka Dot Crystals | 40914-00073 | |
| 3-D Zebra Crystals | 40914-00074 | |
| 3-D Leopard Crystals | 40914-00075 | |
| 2-D Zebra | 40914-00076 | |
| 2-D Polka Dots | 40914-00077 | |
| 2-D Stripes | 40914-00078 | |
| 2-D Argyle | 40914-00079 | |
| 2-D Glen Plaid | 40914-00080 | |
| 2-D Paisley | 40914-00081 | |
| 2-D Camo | 40914-00082 | |
| 2-D Checkers | 40914-00083 | |
| 3-D Triangle Crystals | 40914-00084 | |
| | NO 00085 | |
| 3-D Checkers | 40914-00086 | |
| 3-D Argyle | 40914-00087 | |
| 3-D Butterfly | 40914-00088 | |
| 2-D Palm Tree | | |
| 2-D Butterfly | | |

Exhibit 2

| Design Patents in EUROPEAN COMMUNITY (ALL APPROVED) | Certificates of Registration No. |
|---|---|
| 3-D All Sequins | 001356307-0001 |
| 3-D All Square Crystals | 001356307-0002 |
| 3-D Triangle Crystals | 001356307-0003 |
| 3-D All Crystals | 001356307-0004 |
| 3-D Stripe Crystals | 001356307-0005 |
| 3-D Diamond Crystals | 001356307-0006 |
| 3-D Polka Dot Crystals | 001356307-0007 |
| 3-D Zebra Crystals | 001356307-0008 |
| 3-D Leopard Crystals | 001356307-0009 |
| 2-D Rose | 001356307-0010 |
| 2-D Butterfly | 001356307-0011 |
| 2-D Palm Tree | 001356307-0012 |
| 2-D Leopard | 001356307-0013 |
| 2-D Zebra | 001356307-0014 |
| 2-D Polka Dots | 001356307-0015 |
| 2-D Stripes | 001356307-0016 |
| 2-D Argyle | 001356307-0017 |
| 2-D Glen Plaid | 001356307-0018 |
| 2-D Paisley | 001356307-0019 |
| 2-D Camo | 001356307-0020 |
| 2-D Checkers | 001356307-0021 |
| 2-D Lace | 001356307-0022 |
| 3-D All Pearls | 001356307-0023 |
| 3-D Lace | 001356307-0024 |

These registrations are in force for a period of 5 years from December 22, 2012 to December 22, 2017 (can be renewed for four additional 5 year periods. (FIRST RENEWAL DUE DECEMBER 22, 2017)

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,362,523**

**Registered July 2, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**SUPPLEMENTAL REGISTER**

LSIL & CO., INC. (NEW YORK CORPORATION)
2 GREENE LANE
WHITE PLAINS, NY 10605

FOR: SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-5-2013; IN COMMERCE 5-5-2013.

THE MARK CONSISTS OF A CAMOUFLAGE DESIGN ON THE OUTSOLE OF A HIGH HEELED SHOE. THE DESIGN WHICH COMPRISES THE MARK IS SHOWN WITHIN SOLID LINES IN THE DRAWING. THE MATTER SHOWN IN BROKEN LINES IN THE DRAWING IS NOT PART OF THE MARK. THE BROKEN LINES MERELY SHOW THE POSITION OF THE MARK ON THE SHOE.

SER. NO. 85-528,926, FILED P.R. 1-30-2012; AM. S.R. 5-9-2013.

ELLEN B. AWRICH, EXAMINING ATTORNEY

*Acting Director of the United States Patent and Trademark Office*

Exhibit 3

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
  5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
  accepted, the registration will continue in force for the remainder of the ten-year period, calculated
  from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
  federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and an**
  Application for Renewal between the 9th and 10th years after the registration date.\*
  *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between
  every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at http://www.uspto.gov.

## WARNING FROM THE USPTO
## CONCERNING UNOFFICIAL TRADEMARK SOLICITATIONS

Please be aware that private companies not associated with the United States Patent and Trademark Office (USPTO) often use trademark application and registration information from the USPTO's databases to mail or e-mail trademark-related solicitations. These may include offers: (1) for legal services; (2) for trademark monitoring services; (3) to record trademarks with U.S. Customs and Border Protection; and (4) to "register" trademarks in a private registry.

These companies may use names that resemble the USPTO name, including, for example, one or more of the terms "United States," "U.S.," "Trademark," "Patent," "Registration," "Office," or "Agency." Increasingly, some companies attempt to make their solicitations mimic the look of official government documents rather than the look of a typical commercial or legal solicitation by emphasizing official government data like the USPTO application serial number, the registration number, the International Class(es), filing dates, and other information that is publicly available from USPTO records. Many refer to other government agencies and sections of the U.S. Code. Most require "fees" to be paid.

Some applicants and registrants have reported paying fees to these private companies, mistakenly thinking that they were paying required fees to the USPTO. So, be sure to read trademark-related communications carefully before making a decision about whether to respond. **All official correspondence will be from the "United States Patent and Trademark Office" in Alexandria, VA, and if by e-mail, specifically from the domain "@uspto.gov."**

If you receive a trademark-related solicitation that you believe is deceptive, you may file an on-line consumer complaint with the Federal Trade Commission ("FTC"), at www.FTC.gov. Although the FTC does not resolve individual consumer complaints, it may institute, as the nation's consumer protection agency, investigations and prosecutions based on widespread complaints about particular companies or business practices. In addition, the USPTO encourages recipients of deceptive trademark-related solicitations to contact their states' consumer protection authorities. Many, if not all, states have the authority to issue investigative subpoenas and file complaints against companies engaged in deceptive practices directed toward state residents.

For further information about, as well as several examples of, these non-USPTO solicitations, please visit the page on the www.USPTO.gov website entitled **WARNING: Non-USPTO Solicitations That May Resemble Official USPTO Communications.**

# EATON & VAN WINKLE LLP
### 3 PARK AVENUE
### NEW YORK, NEW YORK 10016

**Maxim H. Waldbaum**
**Partner**

Direct Dial: +1.212.561.3610
Email: mwaldbaum@evw.com

March 11, 2015

<u>**VIA E-MAIL AND MAIL**</u>

Attilio Giusti Leombruni (AGL)
768 5th Avenue
Terrace Suite, Floor P1
New York, NY
Shoe Representative – McKay.AGL@gmail.com
213-327-4529

President AGL c/o New York Headquarters

Re:   AGL Double Sole Oxford (Women) Nordstrom Item # 854175 (CAMO);
      Bloomingdale's Item ID 1212533, Category ID 19852 "Bloomingdale's
      Exclusive"

Dear Sir/Madam:

I am writing you as trial counsel for designer Lori Silverman and her company Lsil & Co., Inc. To our knowledge you have decided, for the first time, to sell shoes in the United States with our CAMO design soles (**Exhibit 1**), which you know, or should have been fully aware from the Nordstrom selling agent, is a design exclusively developed by Ms. Silverman. You are selling to Nordstrom, Bloomingdale's and online entrepreneurs indiscriminately. Your selling agent for Nordstrom was shown the complete line of design soles with polyurethane coverings in the last year (at least by last June 2014) by Ms. Silverman as well as the full array of such protected sole designs as set forth in the extensive design patent and trademark applications protecting her rights (**Exhibit 2**). No one but Ms. Silverman has any rights to these concepts, designs and structures. This is known to many of the most famous Italian designers today.

Ms. Silverman has been working with Italian designers for the past years and has had her designs presented to all the major department store selling agents in the United States and the shoe representatives in Italy, including your representative last year. She has worked on these as her most important products for the last 3 ½ years and we view your activity as design theft. We are also forwarding this letter with separate correspondence to Nordstrom and Bloomingdale's demanding that they remove this camo soled shoe from their selling catalogs and websites immediately.

Attilio Giusti Leombruni (AGL)
March 11, 2015
Page 2

    If you do not take action in the next 10 days, we will move for an injunction in the Federal Court against your company, Nordstrom, Bloomingdale's and other online sellers. Your immediate attention to this matter will be greatly appreciated. Please feel free to call me when you are prepared.

                    Sincerely yours,

                    Maxim H. Waldbaum, Esq.

MHW: rt
Encls.

cc:    Nordstrom
       Bloomingdale's